FILED'10 NOV 29 15:32USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

JACK STEWART,

      Plaintiff,

   v.

JACKSON COUNTY, OREGON; ROGUE
VALLEY INTERNATIONAL-MEDFORD
AIRPORT; BRIAN GEBHARD;  and
GREG HUEBNER,

      Defendants.

Civil No.  09-3039-CL

**JUDGMENT**

CLARKE, Magistrate Judge.

    Judgment is entered in favor of Defendants and against Plaintiff.

       DATED this _____ day of November, 2010.

_____
Mark D. Clarke
United States Magistrate Judge

Judgment - 1